# BROWN & CONNERY
## LLP

STEVEN G. WOLSCHINA
PAUL MAINARDI
MICHAEL J. VASSALOTTI◊
WILLIAM M. TAMBUSSI◊
MARK P. ASSELTA
STEPHEN J. DeFEO*
JOSEPH M. NARDI, III*
CHRISTINE P. O'HEARN*◊
JOSEPH T. CARNEY*◊
KAREN A. MCGUINNESS*
SUSAN M. LEMING*
SHAWN C. HUBER*◊
LOUIS R. LESSIG*
JOSEPH M. GAREMORE*
JEFFREY R. JOHNSON*
DONALD K. LUDMAN

COUNSEL:
JOHN E. WALLACE, JR.

OF COUNSEL:
KATHIE L. RENNER*
JOSEPH G. ANTINORI
CARL J. GREGORIO~

THOMAS F. CONNERY, JR. (1915-2004)
HORACE G. BROWN (1902-1990)
HOWARD G. KULP, JR. (1906-1987)

ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
360 HADDON AVENUE
P.O. BOX 539
WESTMONT, NEW JERSEY 08108

TELEPHONE: (856) 854-8900
FACSIMILE: (856) 858-4967
www.brownconnery.com

WOODBURY, NJ 08096    CAMDEN, NJ 08103    PHILADELPHIA, PA 19102
(856) 812-8900         (856) 365-5100       (215) 592-4352

February 7, 2014

MICHELLE H. BADOLATO^*
COLLEEN P. BIANCO BEZICH*
WILLIAM F. COOK*
MICHAEL J. DIPIERO*
JOSEPH M. FEENEY*
JENNIFER A. HARRIS
PATRICK J. HOLSTON*
TIMOTHY E. HORN*
DIANE S. KANE
JANINE M. LLOYD*
KEITH C. MALCARNEY
BETH L. MARLIN*
ERIC D. MILAVSKY*
MICHAEL J. MILES*
JULIE F. MONTGOMERY*
PAMELA A. MULLIGAN
CHRISTOPHER A. ORLANDO*
GINA M. ROSWELL*
THERESE M. TARASCHI*
LAUREN E. TEDESCO*
BENJAMIN S. TERIS*
KRISTIN L. VAN ARSDALE*
MICHAEL J. WATSON*

* ALSO ADMITTED IN PENNSYLVANIA
* ALSO ADMITTED IN NEW YORK
. ALSO ADMITTED IN DELAWARE
^ ALSO ADMITTED IN MARYLAND
◊ CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS
  CIVIL TRIAL ATTORNEY
~ CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS WORKERS'
  COMPENSATION LAW
  ATTORNEY

**VIA FEDERAL EXPRESS & ECF**
Hon. Renee Marie Bumb
**United States District Court for the District of New Jersey**
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re: *O'Shea v. Campbell Soup Co., et al., Waldron v. Campbell Soup Co., et al.*
     *and Powers v. Campbell Soup Co., et al.*
     **Consolidated Civil Action No.: 1:13-cv-04887-RMB-KMW**

Dear Judge Bumb:

  We, along with Wiley Rein, LLP, represent the American Heart Association ("AHA") in the above captioned action. We recently filed a Motion to Dismiss this action and, due to our oversight, the brief submitted on behalf of the AHA in support of that motion omitted a Table of Authorities. Enclosed is AHA's brief with a Table of Authorities. The enclosed brief is identical to the original brief, except for the addition of the Table of Authorities. We request that Your Honor and the Clerk discard the originally filed brief and replace it with this corrected version.

  If Your Honor should have any questions, do not hesitate to have your staff contact me.

              Respectfully Submitted,

              *s/ Jeffrey R. Johnson*

              Jeffrey R. Johnson

JRJ/eab
Enclosure
cc: All Counsel (via ECF w/ enc.)

2107431.1